Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Sylvia Irvin
Assistant Federal Public Defender
CA Bar No. 230302; FL Bar No. 15379
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org

*Attorney for Petitioner Oscar Avila Maldonado

# United States District Court
# District of Nevada

Oscar Avila Maldonado,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-02943-CDS-DJA

**Order Granting Unopposed Motion to Extend Time to File Amended 28 U.S.C. § 2241 Petition**

[ECF No. 7]

Petitioner Oscar Avila Maldonado filed his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on September 14, 2026. ECF Nos. 1, 4. This Court appointed the Federal Public Defender's Office on September 18, 2026, ordered Respondents to file specified immigration documents by October 2, 2026, and ordered Petitioner's counsel to file an amended petition 14 days after the notice of appearance was filed. ECF No. 3 at 2. On September 30, 2026, undersigned counsel entered her notice of appearance. ECF No. 6. The amended petition was due to be filed on October 14, 2026.

Undersigned counsel now files this retroactive motion to extend time to file the amended petition. Counsel recognizes and apologizes to this Court and

Petitioner for her late filing of this motion. Though counsel and her office have worked to be diligent and timely in all pleadings, especially in the numerous habeas cases filed pursuant to 28 U.S.C. § 2241, this is a case that was inadvertently not timely handled. Counsel respectfully asks for this Court's indulgence to permit counsel additional time to review the relevant immigration documents and to research other potential claims. This motion is not filed for the purpose of delay, but in the interests of justice, judicial economy, and Petitioner Oscar Avila Maldonado. This is counsel's first request to extend time to file the amended petition.

Before filing this motion, counsel emailed Counsel for Respondents, SAUSA Martin Mayer, and he stated that he does not oppose the relief sought in this motion.

For these reasons, counsel respectfully requests an extension of time until November 9, 2026, to file the amended petition. To the extent that counsel can file the amended petition sooner, counsel will make every effort to do so.

Dated: October 27, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Sylvia Irvin*
Sylvia Irvin
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: October 28, 2026